AUGUSTUS VAN KEUREN et al., Respondents, *v.* WILLIAM
STARR MILLER, Appellant.

*Van Keuren* v. *Miller*, 78 Hun, 173, affirmed.
(Argued April 16, 1896; decided May 1, 1896.)

APPEAL from judgment of the General Term of the
Supreme Court in the second judicial department, entered
upon an order made May 16, 1894, which affirmed a judgment in favor of plaintiffs entered upon a decision of the court
on trial at Special Term.

*Esselstyn & McCarty* for appellant.

*A. Lee Wager* for respondents.

Judgment affirmed, with costs and ten per cent damages
under section 3251 of Code of Civil Procedure; no opinion.
All concur.

---

CHARLOTTE HODGE, Respondent, *v.* ANDREW B. YETTER,
Appellant.

*Hodge* v. *Yetta*, 6 Misc. Rep. 637, affirmed.
(Argued April 16, 1896; decided May 1, 1896.)

APPEAL from judgment of the General Term of the Court
of Common Pleas for the city and county of New York,
entered upon an order made January 4, 1894, which affirmed
a judgment in favor of plaintiff entered upon a verdict and
also affirmed an order denying a motion for a new trial.

*Charles E. Le Barbier* for appellant.

*I. Newton Williams* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.